IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Case No. 8:04CR538 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | ORDER |
| | ) | |
| SCOTT PETRO, | ) | |
| | ) | |
| Defendant. | ) | |

Defendant Scott Petro appeared before the court on October 24, 2008, on an Amended Petition for Offender under Supervision [63]. The defendant was represented by Federal Public Defender David Stickman, and the United States was represented by Assistant U.S. Attorney Frederick Franklin. The court enters denials on all allegations on behalf of the defendant. The final disposition hearing is this matter is continued. The defendant is released on the same terms and conditions as previously imposed with additional conditions:

IT IS ORDERED:

1. The defendant is ordered to enroll and participate in outpatient therapy within the next seven to ten days.

2. The defendant shall have no contact with Jamey Kendall and DyAnne Smith.

3. A final disposition hearing in this matter is scheduled in Courtroom 3, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, **at 1:30 p.m., on January 16, 2009.** Defendant must be present in person.

Dated this 27th day of October, 2008.

BY THE COURT:

 s/ Joseph F. Bataillon
JOSEPH F. BATAILLON
United States District Judge